| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____     Chapter   **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy           06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
GeneralHealth Group, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
87-2189372

**4. Debtor's address**

**Principal place of business**  
244 Fifth Avenue, L270  
New York, NY 10001  
Number, Street, City, State & ZIP Code

New York  
County

**Mailing address, if different from principal place of business**  
_____  
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**  
_____  
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  
https://www.generalhealthgroup.com/

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor    **GeneralHealth Group, Inc.**                                         Case number (*if known*) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **5416**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor **GeneralHealth Group, Inc.**    Case number (*if known*) _____
       Name

| | | | | | |
|---|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **Ruth Berenstein** | Relationship | **Principal** | |
| | District | **Eastern District of New York (Brooklyn)** | When **8/01/24** | Case number, if known | **24-43220-ess** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **GeneralHealth Group, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 29, 2024**
               MM / DD / YYYY

**X /s/ Ruth Berenstein**                                   **Ruth Berenstein**
Signature of authorized representative of debtor            Printed name

Title    **Managing Director**

**18. Signature of attorney**

**X /s/ Paris Gyparakis**                                   Date **October 29, 2024**
Signature of attorney for debtor                                  MM / DD / YYYY

**Paris Gyparakis**
Printed name

**Porzio, Bromberg & Newman, P.C.**
Firm name

**1675 Broadway, Suite 1810**
**New York, NY 10019**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 265-6888**        Email address    **pgyparakis@pbnlaw.com**

**5673975 NY**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

**United States Bankruptcy Court**
**Southern District of New York**

In re **GeneralHealth Group, Inc.**
Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 29, 2024**

**/s/ Ruth Berenstein**
**Ruth Berenstein**/**Managing Director**
Signer/Title

```
ADP, INC
PO BOX 830272
PHILADELPHIA, PA 19182


ARENTFOX SCHIFF
1717 K STREET NW
WASHINGTON, DC 20006


ASTOUND BROADBAND
C/O RCN TELECOM SERVICES, LLC
PO BOX 11816
NEWARK, NJ 07101-8116


ASTOUND BUSINESS SOLUTIONS LLC
650 COLLEGE RD E, STE 3100
ATTN: LEGAL DEP'T
PRINCETON, NJ 08540


AUEN WORLD MEDICAL STAFFING
INC. 10231 EAST 145TH AVE
BRIGHTON, CO 80602


CFG MERCHANT SOLUTIONS
180 MAIDEN LANE, 15TH FLOOR
NEW YORK, NY 10038


CHRISTOPHER C. CYRUS, ESQ.
4300 MANSFIELD DAM ROAD #331
AUSTIN, TX 78734


CONEDISON
PO BOX 138
NEW YORK, NY 10276-0138


COSMETIC DENTAL ARTISTRY
3223 BEAVER VU DR., SUITE B
DAYTON, OH 45434


ENNOBIN INC.
1760 UTICA AVENUE #1089
BROOKLYN, NY 11234


GENERALHEALTH GROUP OF TEXAS
244 FIFTH AVENUE, L270
NEW YORK, NY 10001
```

GENERALHEALTH GROUP OF TEXAS LLC
1106 S WS YOUNG DR
KILLEEN, TX 76543


GENERALHEALTH GROUP OF VIRGINIA LLC
1612 GRAVES MILL ROAD
LYNCHBURG, VA 24502


GREGORY MESSER
LAW OFFICES OF GREGORY MESSER
26 COURT STREET, STE 240
BROOKLYN, NY 11242


HAYNIE & COMPANY
8303 NORTH MOPAC EXPWY, SUITE A-120
AUSTIN, TX 78759


METAMORPHOSIS SOLUTIONS, LLC
5000 ARROWHEAD TRAIL W SW
LILBURN, GA 30047-7000


MICHEL NERET, MD
54 FLAG LAKE PLAZA
LAKE JACKSON, TX 77566


MICHEL NERET, MD
C/O GAUNTT KOEN BINNEY & KIDD
25700 I-45 NORTH, STE130
SPRING, TX 77386


MITCHELL MAGID, DMD PC
1612 GRAVES MILL RD
LYNCHBURG, VA 24502


MOUNTAINVIEW ORAL SURGERY
& IMPLANT CENTER
1612 GRAVES MILLS RD
LYNCHBURG, VA 24502


NOAH MEEK
25700 I-45 NORTH, SUITE 130
SPRING, TX 77386

```
OFFICE OF THE U.S. TRUSTEE
EASTERN DISTRICT OF NY
ONE BOWLING GREEN
NEW YORK, NY 10004


OTTAWA DENTAL LABORATORY, LLC
1615 E. NORRIS DRIVE
OTTAWA, IL 61350


RICHMOND HILL COSMETIC
9080 YONGE ST UNIT 7
RICHMOND HILL, ON
L4C0Y7 CANADA


RUTH BERENSTEIN
432 SUYDAM STREET
BROOKLYN, NY 11237


SAFCO DENTAL SUPPLY
1111 CORPORATE GROVE DR.
BUFFALO GROVE, IL 60089


SANZONE & BAKER, LLP
1106 COMMERCE STREET, SUITE 3A
ATTN: JOSEPH A. SANZONE, ESQ.
LYNCHBURG, VA 24504


SOUTHWEST HIGHWAY MEDICAL, LLC
11900 SOUTHWEST HIGHWAY
PALOS PARK, IL 60464


WILSON ELSER MOSKOWITZ EDELMAN
909 FANNIN STREET, STE 3330
ATTN: JOHN R. SHEPPERD, ESQ.
HOUSTON, TX 77010
```