**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 7 |
|---|---|
| GENERALHEALTH GROUP, INC., | Case No. 24–11860 (___) |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the

following are corporations, other than a government unit, that directly or indirectly own 10% or

more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| N/A | N/A |

Dated: New York, New York
      October 29, 2024

**PORZIO, BROMBERG & NEWMAN, P.C.**
*Counsel to the Debtor*

By: _____
        Paris Gyparakis

1675 Broadway, Ste 1810
New York, NY 10019
(212) 265-6888
pgyparakis@pbnlaw.com