| Information to identify the case: | | |
|---|---|---|
| Debtor | GeneralHealth Group, Inc.<br>Name | EIN: 87–2189372 |
| United States Bankruptcy Court | Southern District of New York | Date case filed for chapter: 7  10/29/24 |
| Case number: | 24–11860–jlg | |

## Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline           10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office and the office of the U.S. Trustee cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | GeneralHealth Group, Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 244 Fifth Avenue, L270<br>New York, NY 10001 | |
| 4. | **Debtor's attorney**<br>Name and address | Paris Gyparakis<br>Porzio, Bromberg & Newman, P.C.<br>1675 Broadway, Ste 1810<br>New York, NY 10019 | Contact phone 212–265–6888<br>Email: pgyparakis@pbnlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Kenneth Silverman<br>RIMON P. C.<br>Kenneth Silverman, Chapter 7 Trustee<br>100 Jericho Quadrangle, #300<br>Jericho, NY 11753 | Contact phone 516–479–6310<br>Email: longisland–filings@rimonlaw.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | One Bowling Green<br>New York, NY 10004–1408<br><br>Clerk of the Bankruptcy Court:<br>Vito Genna | Office Hours: Monday – Friday 8:30 AM – 5:00 PM<br><br>Contact phone 212–668–2870<br>Date: 10/29/24 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 3, 2024 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 765 120 6494, and Passcode 3289807015, OR call 1 (516) 898–7882** |
| | **For additional meeting information go to https://www.justice.gov/ust/moc** | | |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **1**

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 24-11860-jlg |
| GeneralHealth Group, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 29, 2024 | Form ID: 309C | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | GeneralHealth Group, Inc., 244 Fifth Avenue, L270, New York, NY 10001-7604 |
| 8515508 | + | ADP, INC, PO BOX 830272, PHILADELPHIA, PA 19182-0382 |
| 8515509 | + | ARENTFOX SCHIFF, 1717 K STREET NW, WASHINGTON, DC 20006-5344 |
| 8515510 | | ASTOUND BROADBAND, C/O RCN TELECOM SERVICES, LLC, PO BOX 11816, NEWARK, NJ 07101-8116 |
| 8515511 | + | ASTOUND BUSINESS SOLUTIONS LLC, 650 COLLEGE RD E, STE 3100, ATTN: LEGAL DEP'T, PRINCETON, NJ 08540-6629 |
| 8515512 | + | AUEN WORLD MEDICAL STAFFING, INC. 10231 EAST 145TH AVE, BRIGHTON, CO 80602-5704 |
| 8515514 | + | CHRISTOPHER C. CYRUS, ESQ., 4300 MANSFIELD DAM ROAD #331, AUSTIN, TX 78734-3331 |
| 8515515 | | CONEDISON, PO BOX 138, NEW YORK, NY 10276-0138 |
| 8515516 | + | COSMETIC DENTAL ARTISTRY, 3223 BEAVER VU DR., SUITE B, DAYTON, OH 45434-6488 |
| 8515517 | + | ENNOBIN INC., 1760 UTICA AVENUE #1089, BROOKLYN, NY 11234-2121 |
| 8515518 | + | GENERALHEALTH GROUP OF TEXAS, 244 FIFTH AVENUE, L270, NEW YORK, NY 10001-7604 |
| 8515519 | + | GENERALHEALTH GROUP OF TEXAS LLC, 1106 S WS YOUNG DR, KILLEEN, TX 76543-4881 |
| 8515520 | + | GENERALHEALTH GROUP OF VIRGINIA LLC, 1612 GRAVES MILL ROAD, LYNCHBURG, VA 24502-4329 |
| 8515521 | + | GREGORY MESSER, LAW OFFICES OF GREGORY MESSER, 26 COURT STREET, STE 240, BROOKLYN, NY 11242-0103 |
| 8515522 | + | HAYNIE & COMPANY, 8303 NORTH MOPAC EXPWY, SUITE A-120, AUSTIN, TX 78759-8395 |
| 8515523 | + | METAMORPHOSIS SOLUTIONS, LLC, 5000 ARROWHEAD TRAIL W SW, LILBURN, GA 30047-5246 |
| 8515525 | | MICHEL NERET, MD, C/O GAUNTT KOEN BINNEY & KIDD, 25700 I-45 NORTH, STE130, SPRING, TX 77386 |
| 8515524 | + | MICHEL NERET, MD, 54 FLAG LAKE PLAZA, LAKE JACKSON, TX 77566-6263 |
| 8515526 | + | MITCHELL MAGID, DMD PC, 1612 GRAVES MILL RD, LYNCHBURG, VA 24502-4329 |
| 8515527 | + | MOUNTAINVIEW ORAL SURGERY, & IMPLANT CENTER, 1612 GRAVES MILLS RD, LYNCHBURG, VA 24502-4329 |
| 8515528 | | NOAH MEEK, 25700 I-45 NORTH, SUITE 130, SPRING, TX 77386 |
| 8515530 | + | OTTAWA DENTAL LABORATORY, LLC, 1615 E. NORRIS DRIVE, OTTAWA, IL 61350-1613 |
| 8515531 | | RICHMOND HILL COSMETIC, 9080 YONGE ST UNIT 7, RICHMOND HILL, ON, L4C0Y7 CANADA |
| 8515532 | + | RUTH BERENSTEIN, 432 SUYDAM STREET, BROOKLYN, NY 11237-3459 |
| 8515533 | + | SAFCO DENTAL SUPPLY, 1111 CORPORATE GROVE DR., BUFFALO GROVE, IL 60089-4546 |
| 8515534 | + | SANZONE & BAKER, LLP, 1106 COMMERCE STREET, SUITE 3A, ATTN: JOSEPH A. SANZONE, ESQ., LYNCHBURG, VA 24504-1722 |
| 8515535 | + | SOUTHWEST HIGHWAY MEDICAL, LLC, 11900 SOUTHWEST HIGHWAY, PALOS PARK, IL 60464-1200 |
| 8515536 | + | WILSON ELSER MOSKOWITZ EDELMAN, 909 FANNIN STREET, STE 3330, ATTN: JOHN R. SHEPPERD, ESQ., HOUSTON, TX 77010-1014 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: pgyparakis@pbnlaw.com | Oct 29 2024 18:59:00 | Paris Gyparakis, Porzio, Bromberg & Newman, P.C., 1675 Broadway, Ste 1810, New York, NY 10019 |
| tr | Email/Text: kenneth.silverman@txitrustee.com | Oct 29 2024 18:59:00 | Kenneth Silverman, RIMON P. C., Kenneth Silverman, Chapter 7 Trustee, 100 Jericho Quadrangle, #300, Jericho, NY 11753 |
| smg | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Oct 29 2024 18:59:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + Email/Text: USCOURTSEBN@finance.nyc.gov | Oct 29 2024 18:59:00 | New York City Dept. Of Finance, Office of Legal |

24-11860-jlg  Doc 7  Filed 10/31/24  Entered 11/01/24 00:12:14  Imaged
Certificate of Notice  Pg 4 of 4

| District/off: 0208-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 29, 2024 | Form ID: 309C | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | | Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| | | | Oct 29 2024 18:59:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Oct 29 2024 18:59:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| ust | ^ | MEBN | Oct 29 2024 18:56:41 | United States Trustee, Office of the United States Trustee - NY, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1459 |
| 8515513 | + | Email/Text: jpaige@cfgms.com | Oct 29 2024 18:59:00 | CFG MERCHANT SOLUTIONS, 180 MAIDEN LANE, 15TH FLOOR, NEW YORK, NY 10038-5150 |
| 8515529 | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Oct 29 2024 18:59:00 | OFFICE OF THE U.S. TRUSTEE, EASTERN DISTRICT OF NY, ONE BOWLING GREEN, NEW YORK, NY 10004-1415 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kenneth Silverman | longisland-filings@rimonlaw.com docketingtrustee@rimonlaw.com,ecf.alert+silvermanNYSB@titlexi.com |
| Paris Gyparakis | on behalf of Debtor GeneralHealth Group Inc. pgyparakis@pbnlaw.com, gyparakispr81087@notify.bestcase.com;gyparakis.parisr@notify.bestcase.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 3