**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:                                                                                          Case No.: 1:24-bk-11860-JLG

GENERALHEALTH GROUP, INC.,                                          Chapter 7

                                    Debtor

------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Joseph A. Sanzone, Esq., to be admitted, ***pro hac vice***, to represent Mitchell J. Magid, DMD, Mitchell J. Magid DMD, P.C., and Magid Enterprises, LLC, (the "Clients") in the above referenced bankruptcy case [Doc. No. 12], and upon the movant's certification that the movant is a member in good standing of the bar in the State of Virginia and admitted to practice before and in good standing before the following courts:

1. United States District Court for the Eastern Dist. of Virginia
2. United States District Court for the Western District of Virginia
3. United States 4th Circuit Court of Appeals
4. United States Bankruptcy Court for the Western District of Virginia
5. United States Supreme Court

it is hereby

**ORDERED**, that Joseph A. Sanzone, Esq., is admitted to practice, ***pro hac vice***, in the above referenced bankruptcy case, to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: February 11, 2025
   New York, New York

                                                                                    /s/ *James L. Garrity, Jr.*
                                                                                    United States Bankruptcy Judge