# STATEMENT OF DISINTERESTEDNESS TO TRUSTEE'S APPLICATION APPROVING EMPLOYMENT OF RIMON P.C. AS COUNSEL TO THE CHAPTER 7 TRUSTEE AND THE ESTATE

**CONFLICT SEARCH:**

Rimon P.C. ("Rimon") compared Debtor, creditor and interested party information obtained from the Debtor's petition to their database of present and former clients and adverse parties.
This search included:

**Judge James L. Garrity, Jr.**

**Members of Chambers:**
Willie Rodriguez
Zachary Sipala
Natasha Fisher
Yong Cui

**The Office of the US Trustee, SDNY**

**Debtor:**
GeneralHealth Group, Inc.

**Debtor's Counsel:**
Porzio, Bromberg & Newman, P.C.

**Creditors:**
ADP, INC
Arentfox Schiff
Astound Broadband
Astound Business Solutions LLC
Auen World Medical Staffing, INC.
CFG Merchant Solutions
Christopher C. Cyrus, ESQ.
Con Edison
Cosmetic Dental Artistry
Ennobin INC.
Generalhealth Group Of Texas
Generalhealth Group Of Texas LLC
Generalhealth Group Of Virginia LLC
Law Offices Of Gregory Messer
Haynie & Company
Metamorphosis Solutions, LLC
Michael Neret, MD
Gauntt Koen Binney & Kidd
Mitchell Magid, DMD PC
Mountainview Oral Surgery
& Implant Center
Noah Meek
Ottawa Dental Laboratory, LLC
Richmond Hill Cosmetic
Ruth Berenstein
Safco Dental Supply
Sanzone & Baker, LLP
Southwest Highway Medical, LLC
Wilson Elser Moskowitz Edelman