**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re: | Case No.: 1:24-bk-11860-JLG |
| GENERALHEALTH GROUP, INC., | Chapter 7 |
| Debtor | |

------------------------------------------------------------x

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

  THIS MATTER, having come before this Court at hearing on February 26, 2025 at 10:00 a.m. upon the Movants, Mitchell J. Magid, DMD, Mitchell J. Magid DMD, P.C. and Magid Enterprises, LLC (collectively the "Practice") and P3 Acquisition Holdings, LLC's ("P3") (Collectively, "Movants") Joint Motion for Relief from Automatic Stay and Memorandum of Law In Support [Doc. 11] (the "Motion"). After hearing arguments of counsel and being otherwise fully advised on the premises, for the reasons stated orally and recorded in open court it is

  **ORDERED**

  1.  The Motion is **GRANTED to the extent provided herein. [JLG]**

  2.  The Collateral and Lease/Premises (as defined in the Motion) do not constitute property of the Estate.

  3.  The automatic stay in this case imposed by 11 U.S.C. § 362(a) is hereby terminated as to the Collateral and Lease/Premises (as defined in the Motion), including the property located at 1612 Graves Mill Road, Lynchburg, VA 24502 to allow Movants to reclaim collateralized assets and enforce lease rights through remedies in Circuit Court Case No. CL24000386-OO.

4. The 14-day stay of this Order pursuant to Fed. R. Bankr. P. 4001(a)(3) is waived.

This Order shall be deemed effective as of the hearing on February 26, 2025.

Dated: March 25, 2025
    New York, New York

/s/ *James L. Garrity, Jr.*
UNITED STATES BANKRUPTCY JUDGE